IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

RECEIVED
MAR 15 2016
AT 8:30_____M
WILLIAM T. WALSH
CLERK

BRIAN KEITH BRAGG,

    Plaintiff,

v.

CHARLES ELLIS, et al.,

    Defendants.

Civil Action
No. 15-8588 (AET-LHG)

**MEMORANDUM OPINION**

**Thompson, District Judge**

1. On December 14, 2015, Brian Keith Bragg, submitted a civil complaint alleging violations of his constitutional rights pursuant to 42 U.S.C. § 1983 by various employees of the Mercer County Correctional Center ("MCCC"). (Docket Entry 1). On December 21, 2015, the Court administratively terminated the complaint for failure to pay the filing fee or submit a complete application to proceed *in forma pauperis*. (Docket Entry 2).

2. Plaintiff submitted an *in forma pauperis* application on December 23, 2015, (Docket Entry 3), and the Court reopened the complaint for review.

3. Plaintiff was released from the MCCC on January 19, 2016. He did not submit a notice of address change to the Clerk's Office. On January 27, 2016, the Court administratively terminated the complaint for failure to comply with Local Civil Rule 10.1(a). (Docket Entry 4).

4.   The Court ordered Plaintiff to provide an updated address within 30 days of the Order. (Id.). The Clerk was ordered to serve Plaintiff with the Order at his last known address.

5.   Plaintiff has not complied with the Court's Order. Mail sent to Plaintiff at MCCC continues to be returned as undeliverable. (Docket Entry 5).

6.   As the Court does not have a current address for Plaintiff, the matter cannot proceed at this time. The Court finds Plaintiff has abandoned this litigation and will therefore dismiss the complaint without prejudice.

7.   Plaintiff may move to reopen this litigation if he can demonstrate good cause as to why he failed to comply with the Local Rules and this Court's Orders.

8.   An appropriate Order follows.

3/15/16
Date

ANNE E. THOMPSON
U.S. District Judge